PEOPLE, Respondent, v. SCHAEFER, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York

against Harry Schaefer. C. G. F. Wahle, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.